JEFFREY A. BACKMAN (Florida Bar No. 662501)
Jeffrey.Backman@gmlaw.com
*Admitted pro hac vice*
RICHARD W. EPSTEIN (Florida Bar No. 229091)
Richard.Epstein@gmlaw.com
*Pro hac vice pending*
BRIAN R. CUMMINGS (Florida Bar No. 25854)
Brian.Cummings@gmlaw.com
*Admitted pro hac vice*
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
Tel. 954.491.1120
Fax. 954.734.1853

CHRISTINE M. REILLY (Bar No. 226388)
CReilly@Manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel. 310.312.4000
Fax. 310.312.4224

Attorneys for Defendant *Royal Seas Cruises, Inc.*

*[Caption Continued on the Following Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Deforest, Individually and and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Royal Seas Cruises, Inc., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.: 8:17-cv-00977-AG-DFM<br><br>**STIPULATION FOR TRANSFER OF CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>District Judge:<br>Hon. Andrew J. Guilford<br><br>Magistrate Judge:<br>Douglas F. McCormick |

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21150 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com

Attorneys for Plaintiff *Dan DeForest*

# **STIPULATION**

Pursuant to 28 U.S.C. §§ 1404(a) & (b), and L.R. 7-1, the Plaintiff, Dan Deforest ("Plaintiff"), and the Defendant, Royal Seas Cruises, Inc. ("Defendant"), through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On June 7, 2017, Plaintiff filed his Complaint (DE 1) asserting class action allegations against Defendant for damages and injunctive relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* in the United States District Court, Central District of California.

2. On September 12, 2017, Defendant's counsel advised Plaintiff's counsel that Defendant believed, based on the similarity of Plaintiff's allegations and the allegations asserted against RSC in an earlier-filed putative class action, *McCurley v. Royal Seas Cruises, Inc.*, Case No. 3:17-cv-00986-BAS-AGS (S.D. Cal.), that this case and *McCurley* are substantially related cases.

2
STIPULATION TO TRANSFER

31959997.1

3. The Parties have conferred and agreed that a transfer of Plaintiff's action to the Southern District of California, so that it can be consolidated for all purposes into the *McCurley* action, is appropriate to avoid duplicative litigation and potentially inconsistent determinations involving seemingly overlapping class memberships, to further the convenience of the parties and witnesses, and to best serve the interests of justice and judicial economy.

4. Plaintiff's counsel has also conferred with counsel for the plaintiff in *McCurley* regarding the issues of transfer and consolidation.

IT IS HEREBY STIPULATED THAT, given the alleged similarities between the two cases and that it appears the same underlying conduct is being challenged, the Parties jointly request that the Court transfer this case to the Southern District of California, pursuant to 28 U.S.C. § 1404(a), so that it may ultimately be consolidated with the *McCurley* action before Judge Cynthia Bashant. The parties agree that all deadlines in this case shall be stayed pending acceptance of the transfer and consolidation of Plaintiff's claims in *McCurley*.

Dated: Sept. 19, 2017

**GREENSPOON MARDER**

By: */s/ Brian R. Cummings*
    Jeffrey A. Backman, Esq.
    (Admitted *Pro Hac Vice)*
    Brian R. Cummings, Esq.
    (Admitted *Pro Hac Vice*)
    Richard W. Epstein, Esq.
    (*Pro Hac Vice pending*)

**MANATT, PHELPS & PHILLIPS, LLP**

Christine M. Reilly
(Bar No. 226388)

*Attorneys for Defendant*


**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: */s/ Todd M. Friedman*
    Todd M. Friedman
    (Bar No. 216752)
    Adrian R. Bacon
    (Bar No. 280332)
    Meghan E. George
    (Bar No. 274525)

*Attorneys for Plaintiff*


**ATTESTATION OF E-FILED SIGNATURE**

    Pursuant to L.R. 5-4.3.4, the signatories hereto have authorized the filing of this stipulation with electronic signatures. I, Brian R. Cummings, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Brian R. Cummings*
    Brian R. Cummings
    E-mail: Brian.Cummings@gmlaw.com

4
STIPULATION TO TRANSFER
31959997.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing stipulation has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I certify and declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

**EXECUTED** on Sept. 19, 2017.

By: /s/ *Brian R. Cummings*
Brian R. Cummings