JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Deforest, Individually and and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Royal Seas Cruises, Inc., and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　Defendant. | Case No.: 8:17-cv-00977-AG-DFM<br><br>**STIPULATION FOR TRANSFER OF CASE TO SOUTHERN DISTRICT OF CALIFORNIA**<br><br>District Judge:<br>Hon. Andrew J. Guilford<br><br>Magistrate Judge:<br>Douglas F. McCormick |

## **ORDER**

THIS CAUSE having come before the Court upon the Stipulation for Transfer to the United States District Court for the Southern District of California of Plaintiff, Dan Deforest, and Defendant, Royal Seas Cruises, Inc., dated September 19, 2017, and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that pursuant to 28 U.S.C. §§ 1404(a) & (b) this action be and the same is hereby transferred to the United States District Court for the Southern District of California.

DONE AND ORDERED in Chambers at Santa Ana, California, this 25th day of September, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　United States District Judge

31954623.1